**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000315
12-OCT-2016
08:35 AM**

NO. CAAP-16-0000315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LARRY BOSWORTH, Claimant-Appellant,
v.
FOSS MARITIME COMPANY, Employee-Appellee,
and
ACCLAIM RISK MANAGEMENT, Insurance Carrier-Appellee

APPEAL FROM LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-352; DCD NO. 2-14-03204)

ORDER DENYING THE SEPTEMBER 20, 2016
<u>MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS</u>
(By: Reifurth, J.)

Upon consideration of the Affidavit in Support of Motion for Leave to Proceed on Appeal In Forma Pauperis, filed September 20, 2016, by Claimant-Appellant Larry Bosworth (Appellant),[1] pro se, which the court construes as a motion for leave to proceed on appeal in forma pauperis, the papers in support, and the record, it appears that Appellant has not demonstrated an inability to pay the required filing fees or to give security for costs, and he is not entitled to proceed on appeal in forma pauperis, pursuant to HRAP Rule 24(a).

---

[1] Appellant is cautioned that the flyleaf of each separately filed document shall include a three-inch top margin. Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 32(a). Future violations may result in sanctions.

Therefore, IT IS HEREBY ORDERED that the motion for leave to proceed on appeal in forma pauperis is denied.

DATED: Honolulu, Hawai'i, October 12, 2016.

Associate Judge